**JacksonLewis**

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

December 8, 2021

**VIA ECF**
Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

**Re:   Luis Alberto Grandison v. The New York Racing Association Inc. d/b/a NYRA
         Case No.: 1:20-cv-03918(NGG)(VMS)**

Dear Judge Scanlon:

We represent Defendant in the above referenced matter. We write jointly with Plaintiff's counsel to provide a status update to the court. The November 2021 mediation in this matter resulted in resolution of the claims. The Parties are in the process of finalizing the terms and intend to file a Stipulation of Dismissal within thirty days. The Parties respectfully apologize for our oversight in failing to update the Court, request adjournment of the December 16 conference and that the case be closed when the Stipulation of Dismissal is filed.

Thank you for your courtesy in this regard.

Respectfully submitted,

*Mary A. Smith*

Mary A. Smith
(914) 872-6907
Mary.smith@jacksonlewis.com
Jackson Lewis P.C.

cc:    Gianfranco Cuadra, Esq., Plaintiff's Counsel (via ECF)
        Louis Pechman, Esq., Plaintiff's Counsel (via ECF)

4856-3455-1558, v. 1